| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Amanda Seabock, Esq., SBN 289900<br>Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082<br>Tehniat Zaman, Esq., SBN 321557 |
| 4 | Mail: 8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax<br>TehniatZ@potterhandy.com |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Orlando Garcia**,

    Plaintiff,

v.

**Deanna Antoinette Ductoc; Angel Daniel Ductoc Jr.**; **Janice Rosales; and Does 1-10,**

    Defendants

Case No: 2:20-cv-09097-DMG-PVC
Hon. Dolly M. Gee

**Declaration of Tehniat Zaman in Support of Plaintiff's Motion for Leave to File First Amended Complaint**

1

Declaration of Tehniat Zaman      Case No.: 2:20-cv-09097-DMG-PVC

**DECLARATION OF TEHNIAT ZAMAN**

I, Tehniat Zaman, declare:

1. I am an attorney at law duly licensed and admitted to practice in this District. I am counsel for Plaintiff Orlando Garcia in the above-captioned case. The facts stated below are based upon my personal knowledge, and if called as a witness, I could competently testify thereto.
2. On March 16, 2021, Defendant produced a Commercial Lease Agreement as part of its discovery responses.
3. The Commercial Lease Agreement listed Janice Rosales as lessor of the property.
4. On April 15, 2021, our investigation and Defendant's counsel confirmed that Janice Rosales was in fact the current owner of the real property at 2881 E. Florence Avenue in Huntington Park, California.
5. As the rightful owner of the real property, Janice Rosales needs to be added to the action as she can address the need for modifications to the property.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: May 3, 2021                    CENTER FOR DISABILITY ACCESS

                                      By: /s/ Tehniat Zaman
                                      TEHNIAT ZAMAN
                                      Attorneys for Plaintiff