UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>    Plaintiff,<br><br>v.<br><br>**Deanna Antoinette Ductoc; Angel Daniel Ductoc Jr.; Janice Rosales; and Does 1-10,**<br><br>    Defendants. | Case No: 2:20-cv-09097-DMG-PVC<br><br>**[Proposed] Order Granting Plaintiff's Motion for Leave to File First Amended Complaint** |

The Court having read and considered the papers submitted by the parties hereby GRANTS Plaintiff's Motion for Leave to Amend his Complaint. Plaintiff is to file his first amended complaint within seven days of the issuance of this Order.

DATED: _____

                                                    _____
                                                    Hon. Dolly M. Gee
                                                    United States District Judge