JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>            Plaintiff,<br><br>     v.<br><br>DEANNA ANTOINETTE DUCTOC, et al.,<br><br>            Defendants. | Case No. CV 20-9097-DMG (PVCx)<br><br>**JUDGMENT** |

   This Court having granted Defendant Deanna Antoinette Ductoc, Angel Daniel Ductoc, Jr., and Janice Rosales's Motion for Summary Judgment by Order dated November 16, 2021,

   IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Orlando Garcia.

DATED:  November 16, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-